UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV09-2150-CAS(DTBx) | Date | April 16, 2010 |
|---|---|---|---|
| Title | *MARIA D. MENDOZA v. OCWEN SERVICING, LLC* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE; AND ORDER TO SHOW CAUSE

**WHEREAS**, on , the Court issued an order granting defendants Mortgage Electronic Registration Systems, Inc.; Ocwen Loan Servicing, LLC; and HSBC Bank USA, N.A., as Trustee's motion to dismiss with leave to amend on or before March 3, 2010. As of today's date, no such amended complaint has been received by this Court;

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action is dismissed **as to defendants, Mortgage Electronic Registration Systems, Inc.; Ocwen Loan Servicing, LLC; and HSBC Bank USA, N.A., as Trustee, WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

**IT IS FURTHER HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 3, 2010** why this action should not be dismissed for lack of prosecution **as to defendant Cal-Western Reconveyance Corp, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will a proof of service of summons and complaint on **defendant Cal-Western Reconveyance Corp** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV09-2150-CAS(DTBx) | Date | April 16, 2010 |
|---|---|---|---|
| Title | *MARIA D. MENDOZA v. OCWEN SERVICING, LLC* | | |